UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELECIO M. CARDONA,<br><br>        Petitioner,<br><br>    v.<br><br>WARDEN,<br><br>        Respondent. | No. CV 10-8970 GHK (CW)<br><br>JUDGMENT |

**IT IS ADJUDGED** that the petition is dismissed as successive.

DATED: 12/15/10

GEORGE H. KING
United States District Judge